B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>T & K Logistics of Illinois Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>27-2150033 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>2611 East Cass Street<br>Joliet, IL<br>ZIP Code 60432 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>Will | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13)                                                                                                    Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | T & K Logistics of Illinois Inc. |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  - None - | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: T & K Nationwide Trucking, Inc. | Case Number: 13-42989 | Date Filed: 11/01/13 |
|---|---|---|
| District: Northern District of Illinois | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ <br> Signature of Attorney for Debtor(s)            (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                                    Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | T & K Logistics of Illinois Inc. |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X  /s/ Bruce C. Scalambrino
_____
Signature of Attorney for Debtor(s)

Bruce C. Scalambrino ARDC 06193809
_____
Printed Name of Attorney for Debtor(s)

Scalambrino & Arnoff, LLP
_____
Firm Name

One North LaSalle Street
Suite 1600
Chicago, IL 60602
_____
Address

Email: bcs@sacounsel.com
312-629-0545  Fax: 312-629-0550
_____
Telephone Number

November 1, 2013
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ Peter Haljean
_____
Signature of Authorized Individual

Peter Haljean
_____
Printed Name of Authorized Individual

President
_____
Title of Authorized Individual

November 1, 2013
_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____
_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re    T & K Logistics of Illinois Inc.

                                               Debtor

Case No. _____

Chapter _____7_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 0.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 485,332.67 | |
| E - Creditors Holding Unsecured Priority Claims   (Total of Claims on Schedule E) | Yes | 2 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 23 | | 396,586.49 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I -  Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J -  Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 32 | | | |
| Total Assets | | | 0.00 | | |
| Total Liabilities | | | | 881,919.16 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    T & K Logistics of Illinois Inc.                                                        ,    Case No. _____

                                                              Debtor

                                                                        Chapter_____7_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re     T & K Logistics of Illinois Inc. _____ ,    Case No. _____

                                                           Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Sub-Total > | 0.00 | (Total of this page) |
| Total > | 0.00 | |

    0    continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re    T & K Logistics of Illinois Inc.                                ,    Case No. _____
                                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | JPMorgan Chase Bank N.A. Checking Account No. 6570 | - | 0.00 |
| | | JPMorgan Chase Bank N.A. Savings Account No. 0545 | - | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >    0.00
(Total of this page)

__2__  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    T & K Logistics of Illinois Inc.                                                    ,    Case No. _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >                        0.00
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re     T & K Logistics of Illinois Inc.                                    ,     Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | 0.00 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 0.00 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

**B6D (Official Form 6D) (12/07)**

In re    T & K Logistics of Illinois Inc. _____ ,    Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. 4724<br><br>BMO Harris Bank N.A.<br>BLST - P.O. Box 2880<br>Chicago, IL 60690 | X | - | Prior to petition date<br><br>All of the debtor's assets<br><br><br>Value $                    0.00 | | | | 485,332.67 | Unknown |
| Account No. | | | <br><br><br><br>Value $ | | | | | |
| Account No. | | | <br><br><br><br>Value $ | | | | | |
| Account No. | | | <br><br><br><br>Value $ | | | | | |

|  | | |
|---|---|---|
| _0_ continuation sheets attached | Subtotal<br>(Total of this page) | 485,332.67 | 0.00 |
| | Total<br>(Report on Summary of Schedules) | 485,332.67 | 0.00 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                  Best Case Bankruptcy

B6E (Official Form 6E) (4/13)

In re    T & K Logistics of Illinois Inc.                                                  ,    Case No. _____
_____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____1_____ continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re    T & K Logistics of Illinois Inc. _____ ,    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | | |
| Account No. | | | | | | | | | | |
| Illinois Department of Revenue Bankruptcy Section Level 7-425 100 West Randolph Stree Chicago, IL 60606 | - | | | | | | | Unknown | Unknown | Unknown |
| Account No. | | | | | | | | | | |
| Illinois Dept. of Employment Securi Bankruptcy Unit 3rd Floor 401 South State Street Chicago, IL 60605 | - | | | | | | | Unknown | Unknown | Unknown |
| Account No. | | | | | | | | | | |
| Internal Revenue Service 230 South Dearborn St. Mail Stop 5010 CHI Chicago, IL 60604 | - | | | | | | | Unknown | Unknown | Unknown |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |

Sheet  1  of  1   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 | |
|---|---|---|---|
| | | 0.00 | 0.00 |
| | Total (Report on Summary of Schedules) | 0.00 | |
| | | 0.00 | 0.00 |

B6F (Official Form 6F) (12/07)

In re     T & K Logistics of Illinois Inc. _____ ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Prior to petition date | | | | |
| A&N Transport LLC 2846 Darlington Pointe Duluth, GA 30097-4318 | - | | | | Trade debt | | | | 599.40 |
| Account No. | | | | | Prior to petition date | | | | |
| AAA Express P.O. Box 692 West Springfield, MA 01090 | | | | | Trade debt | | | | 2,148.25 |
| Account No. | | | | | Prior to petition date | | | | |
| ACS Services 7932 W. 93rd Street Apt. 3F Hickory Hills, IL 60457 | - | | | | Trade debt | | | | 15,177.90 |
| Account No. | | | | | Prior to petition date | | | | |
| AG Expedition Corp. 8350 West 85th Street Hickory Hills, IL 60457 | - | | | | Trade debt | | | | 2,761.76 |
| _22_  continuation sheets attached | | | | | Subtotal (Total of this page) | | | | 20,687.31 |

B6F (Official Form 6F) (12/07) - Cont.

In re     T & K Logistics of Illinois Inc.                                    ,          Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Aleksandr Kotok<br>703 Hall Road<br>Easley, SC 29642 | - | | Prior to petition date<br>Trade debt | | | | 1,148.20 |
| Account No.<br><br>Alexander Coscius<br>1057 Duval Street<br>Lexington, KY 40515 | - | | Prior to petition date<br>Trade debt | | | | 105.00 |
| Account No.<br><br>Amanda Salazar<br>2235 South 58th Court<br>Cicero, IL 60804 | - | | Prior to petition date<br>Trade debt | | | | 1,381.00 |
| Account No.<br><br>Anatonily Vecherkovych<br>42 Patrick Mill Road<br>Winder, GA 30680-2074 | - | | Prior to petition date<br>Trade debt | | | | 150.00 |
| Account No.<br><br>Andrei Ivanov<br>109 N. Yale Avenue<br>Villa Park, IL 60181 | - | | Prior to petition date<br>Trade debt | | | | 3,780.35 |

Sheet no. _1_ of _22_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              6,564.55

B6F (Official Form 6F) (12/07) - Cont.

In re      T & K Logistics of Illinois Inc. _____,     Case No. _____

                                    **Debtor**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| **Account No.** | | | | | Prior to petition date Trade debt | | | | |
| Andrew Bosworth 331 S. Lincoln Street Portland, MI 48875 | - | | | | | | | | 4,192.50 |
| **Account No.** | | | | | Prior to petition date Trade debt | | | | |
| Andrey Pidkalyuk 2083 Autumn Leaves Circle Green Bay, WI 54313 | - | | | | | | | | 2,016.95 |
| **Account No.** | | | | | Prior to petition date Trade debt | | | | |
| Andriy Pogorelov 407 S. Dexter Avenue Springfield, MO 65802 | - | | | | | | | | 4,601.13 |
| **Account No.** | | | | | Prior to petition date Trade debt | | | | |
| Aron Filimon 50068 Basil Drive Macomb, MI 48044 | - | | | | | | | | 30.70 |
| **Account No.** | | | | | Prior to petition date Trade debt - Utility service | | | | |
| AT&T P.O. Box 8100 Aurora, IL 60507-8100 | - | | | | | | | | 903.14 |

Sheet no. _2__ of _22__ sheets attached to Schedule of     Subtotal     11,744.42
Creditors Holding Unsecured Nonpriority Claims     (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    T & K Logistics of Illinois Inc.                                                    ,     Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Prior to petition date Trade debt | | | | |
| ATI Logistics 27490 Spring Valley Drive Farmington, MI 48336 | - | | | | | | | | 3,355.00 |
| Account No. | | | | | Prior to petition date Trade debt | | | | |
| Barry Johnson P.O. Box 3594 Evansville, IN 47734 | - | | | | | | | | 1,577.80 |
| Account No. | | | | | Prior to petition date Trade debt | | | | |
| Bull Dog Leasing P.O. Box 361242 Strongsville, OH 44136 | - | | | | | | | | 1,859.67 |
| Account No. | | | | | Prior to petition date Trade debt | | | | |
| Carwin Enterprises 27 Delatre Street Woodstock ON N4S 6B6 | - | | | | | | | | 1,000.00 |
| Account No. | | | | | Prior to petition date Trade debt | | | | |
| Charles Casler 11300 Wexford Drive Mokena, IL 60448 | - | | | | | | | | 59.10 |

Sheet no. __3__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                7,851.57

B6F (Official Form 6F) (12/07) - Cont.

In re    T & K Logistics of Illinois Inc.                                              ,    Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Prior to petition date Trade debt | | | | |
| Charles Jacobs 2441 Harriet Avenue Baltimore, MD 21230 | - | | | | | | | 2,431.51 |
| Account No. | | | | Prior to petition date Trade debt | | | | |
| Charles Spivey 1072 State Road #67 Martinsville, IN 46151 | - | | | | | | | 2,190.42 |
| Account No. | | | | Prior to petition date Trade debt | | | | |
| Cherry Creek Commons 11520 Francis Road Mokena, IL 60448 | - | | | | | | | Unknown |
| Account No. TK029 | | | | Prior to petition date Trade debt | | | | |
| Comdata Network, Inc. c/o Law Offices of Brian J. Ferber 5611 Fallbrook Avenue Woodland Hills, CA 91367 | - | | | | | | | 74,731.00 |
| Account No. | | | | Prior to petition date Trade debt | | | | |
| Constantie Fatu 22964 South Lake Drive Foley, AL 36535 | - | | | | | | | 412.65 |

Sheet no. __4__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                79,765.58

B6F (Official Form 6F) (12/07) - Cont.

In re    T & K Logistics of Illinois Inc. _____,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Prior to petition date Trade debt | | | | |
| Constantin Ninov 390 Woodside Court Apt. #3 Rochester, MI 48307 | - | | | | | | | 702.00 |
| Account No. | | | | Prior to petition date Trade debt | | | | |
| Danuta Barej 7420 Maple Drive Justice, IL 60458 | - | | | | | | | 2,071.30 |
| Account No. | | | | Prior to petition date Trade debt | | | | |
| Dariusz Bosek 1811 Marigold Lane Hanover Park, IL 60133 | - | | | | | | | 1,216.20 |
| Account No. | | | | Prior to petition date Trade debt | | | | |
| David Boehm P.O. Box 101 Bluffton, OH 45817 | - | | | | | | | 22,229.38 |
| Account No. | | | | Prior to petition date Trade debt | | | | |
| David Lindsay 4813 Ridge Road 33-111 Douglasville, GA 30134 | - | | | | | | | 119.00 |

Sheet no. __5__ of __22__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    26,337.88

B6F (Official Form 6F) (12/07) - Cont.

In re    T & K Logistics of Illinois Inc. _____,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Prior to petition date Trade debt | | | | |
| David Sabadash 1059 Duval Street Lexington, KY 40515 | | - | | | | | | 1,231.20 |
| Account No. | | | | Prior to petition date Trade debt | | | | |
| Douglas Vaughn 199 Greenfield Road Hiram, GA 30141 | | - | | | | | | 4,624.09 |
| Account No. | | | | Prior to petition date Trade debt | | | | |
| Express Expedited Srvcs LLC 1623 Mack Smith Road #40 Rossville, GA 30741 | | - | | | | | | 862.75 |
| Account No. | | | | Prior to petition date Trade debt | | | | |
| First Chicago Fast Line 8626 W. Berwyn Avenue Unit 3S Chicago, IL 60656 | | - | | | | | | 26,713.50 |
| Account No. 5758 | | | | Prior to petition date Trade debt - Insurance premiums | | | | |
| First Insurance Funding Corp. 450 Skokie Boulevard Suite 1000 Northbrook, IL 60062 | | - | | | | | | 9,563.38 |

Sheet no. _6__ of _22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

42,994.92

B6F (Official Form 6F) (12/07) - Cont.

In re  T & K Logistics of Illinois Inc. _____,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Frank DeRango <br> 27445 Longtree Court <br> Channahon, IL 60410 | - | | | Prior to petition date <br> Trade debt | | | | 3,048.78 |
| Account No. <br><br> Gelu Belea <br> 8114 S. Keating Avenue <br> Chicago, IL 60652 | - | | | Prior to petition date <br> Trade debt | | | | 100.00 |
| Account No. <br><br> Gheorghe Lazarian <br> 3504 Ivy Crest Way <br> Buford, GA 30519 | - | | | Prior to petition date <br> Trade debt | | | | 550.00 |
| Account No. <br><br> Gojko Vidovic <br> 6958 W. Higgins Avenue <br> Apt. 1 <br> Chicago, IL 60656 | - | | | Prior to petition date <br> Trade debt | | | | 1,791.30 |
| Account No. <br><br> Gregory Duck <br> 6009 E. Lancaster <br> #120 <br> Fort Worth, TX 76112 | - | | | Prior to petition date <br> Trade debt | | | | 4,359.38 |

Sheet no. _7_ of _22_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,849.46

B6F (Official Form 6F) (12/07) - Cont.

In re    T & K Logistics of Illinois Inc. _____,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>Grzegorz Bak<br>7700 W. 91st Street<br>Hickory Hills, IL 60457 | - | | | Prior to petition date<br>Trade debt | | | | 2,005.55 |
| Account No.<br><br>Hallberg Commerical Insurors, Inc.<br>120 W. 22nd Street<br>Suite 200<br>Oak Brook, IL 60523 | - | | | Prior to petition date<br>Trade debt | | | | 2,756.00 |
| Account No.<br><br>Harry Byers<br>1608 Mason King<br>San Antonio, TX 78260 | - | | | Prior to petition date<br>Trade debt | | | | 683.30 |
| Account No.<br><br>Hogue Trucking<br>14 Melton Avenue<br>Rome, GA 30165 | - | | | Prior to petition date<br>Trade debt | | | | 4,544.25 |
| Account No.<br><br>Igor Utkin<br>1314 Gran Court<br>Apt. D<br>Roswell, GA 30076 | - | | | Prior to petition date<br>Trade debt | | | | 979.85 |

Sheet no. __8__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          10,968.95

B6F (Official Form 6F) (12/07) - Cont.

In re    T & K Logistics of Illinois Inc. _____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | Prior to petition date Trade debt | | | | |
| Ilia Tchoudin 427 Aristocrat Drive Bolingbrook, IL 60490 | | - | | | | | | 251.10 |
| Account No. | | | | Prior to petition date Trade debt | | | | |
| Ilie Ciochia 4645 Bullock Bridge Drive Loganville, GA 30052 | | - | | | | | | 6,054.48 |
| Account No. | | | | Prior to petition date Trade debt | | | | |
| Illia Herman 1087 Yellow River Drive Lawrenceville, GA 30043 | | - | | | | | | 589.27 |
| Account No. | | | | Prior to petition date Trade debt | | | | |
| Interstate Contract Services 625 Sheridan Street Albert Lea, MN 56007 | | - | | | | | | 1,644.28 |
| Account No. | | | | Prior to petition date Trade debt | | | | |
| Interstate Express LLC 7851 Old Morrow Road Jonesboro, GA 30236 | | - | | | | | | 6,397.88 |

Sheet no. __9___ of _22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

14,937.01

B6F (Official Form 6F) (12/07) - Cont.

In re    T & K Logistics of Illinois Inc.                                      ,    Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | Prior to petition date Trade debt | | | | |
| Ivan Fratea 3715 Mermaid Avenue Apt. 1B Brooklyn, NY 11224 | - | | | | | | | 1,101.91 |
| Account No. | | | | Prior to petition date Trade debt | | | | |
| Ivan German 2214 Shoal Creek Road Buford, GA 30518 | - | | | | | | | 519.09 |
| Account No. | | | | Prior to petition date Trade debt | | | | |
| Ivan Havrylovych 3709 Buffat Mill Road Knoxville, TN 37914 | - | | | | | | | 2,424.91 |
| Account No. | | | | Prior to petition date Trade debt | | | | |
| J&J Antique Sales 13423 County Road 27 Fayette, OH 43521 | - | | | | | | | 291.00 |
| Account No. | | | | Prior to petition date Trade debt | | | | |
| Janis Hicks 1016 Warrington Avenue Danville, IL 61832 | - | | | | | | | 969.60 |

Sheet no. __10__ of __22__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,306.51

B6F (Official Form 6F) (12/07) - Cont.

In re    T & K Logistics of Illinois Inc. _____,    Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Prior to petition date Trade debt | | | | |
| Jerry Baker 38 Baker Lane Camden, TN 38320 | - | | | | | | | 482.40 |
| Account No. | | | | Prior to petition date Trade debt | | | | |
| Jhon Hidalgo 2211 Hudson Road Apt. 416 Greer, SC 29650 | - | | | | | | | 3,240.52 |
| Account No. | | | | Prior to petition date Trade debt | | | | |
| John Greene P.O. Box 95 Madison, OH 44057 | - | | | | | | | 3,622.89 |
| Account No. | | | | Prior to petition date Trade debt | | | | |
| Julian Georgiev 4814 Image Way Sacramento, CA 95842 | - | | | | | | | 1,314.39 |
| Account No. | | | | Prior to petition date Trade debt | | | | |
| JVDOGG Trucking, LLC P.O. Box 1402 Ridgeland, SC 29936 | - | | | | | | | 569.05 |

Sheet no. __11__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    9,229.25

B6F (Official Form 6F) (12/07) - Cont.

In re    T & K Logistics of Illinois Inc. _____ ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. Kaleb Teferi 3100 Sweetwater Road Apt. 2307 Lawrenceville, GA 30044 | - | | | Prior to petition date Trade debt | | | | 2,239.60 |
| Account No. Karoly Dudas 4148 Main Street Skokie, IL 60076 | - | | | Prior to petition date Trade debt | | | | 2,000.00 |
| Account No. Keith Mahlum 256 S. Harrison Street Mondovi, WI 54755 | - | | | Prior to petition date Trade debt | | | | 1,727.78 |
| Account No. Keith Shpakoff 173 A.C.T. New Kensington, PA 15068 | - | | | Prior to petition date Trade debt | | | | 243.40 |
| Account No. Kelan Rozanski 36723 Audrey Road New Baltimore, MI 48047 | - | | | Prior to petition date Trade debt | | | | 8,197.06 |

Sheet no. _12_ of _22_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

14,407.84

B6F (Official Form 6F) (12/07) - Cont.

In re    T & K Logistics of Illinois Inc. _____,    Case No. _____

                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>Kenneth Horvath<br>100-18 Brittini Lane<br>Lenoir City, TN 37771 | - | | | | Prior to petition date<br>Trade debt | | | | 4,018.04 |
| Account No.<br><br>Kenson Ilderice<br>5537 Mansfield Place<br>Jacksonville, FL 32207 | - | | | | Prior to petition date<br>Trade debt | | | | 3,596.00 |
| Account No.<br><br>Kevin Alton<br>7551 Senator Road<br>Sheridan, MI 48884 | - | | | | Prior to petition date<br>Trade debt | | | | 637.40 |
| Account No.<br><br>Kurt Spinner<br>9460 Valley Road NW<br>Rapid City, MI 49676 | - | | | | Prior to petition date<br>Trade debt | | | | 10,454.70 |
| Account No.<br><br>Liquid Capital Exchange<br>19-16th Avenue N.<br>Hopkins, MN 55343 | - | | | | Prior to petition date<br>Trade debt | | | | 767.50 |

Sheet no. __13__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    19,473.64

B6F (Official Form 6F) (12/07) - Cont.

In re    T & K Logistics of Illinois Inc. _____,    Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.

Lucian Pricop
2389 White Alder Drive
Buford, GA 30519-4646 | | - | | Prior to petition date
Trade debt | | | | 1,606.80 |
| Account No.

Marcos Padillia
7516 Boxwood Lane
Plainfield, IL 60586 | | - | | Prior to petition date
Trade debt | | | | 70.00 |
| Account No.

Mareewan Badraddin
4546 S. 23rd Street
#5
Milwaukee, WI 53221 | | - | | Prior to petition date
Trade debt | | | | 3,849.98 |
| Account No.

Marius Bihorean
1430 Ridge Road
Lawrenceville, GA 30043 | | - | | Prior to petition date
Trade debt | | | | 2,472.45 |
| Account No.

Mark Yates
417 Homeplace Drive
Stockbridge, GA 30281 | | - | | Prior to petition date
Trade debt | | | | 20.00 |

Sheet no. __14__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,019.23

B6F (Official Form 6F) (12/07) - Cont.

In re    T & K Logistics of Illinois Inc. _____ ,    Case No. _____
                                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Martha Stanelle<br>242 Stanelle Road<br>Russell Springs, KY 42642 | - | | | | Prior to petition date<br>Trade debt | | | | 1,752.08 |
| Account No.<br><br>Melvin Dellinger<br>4872 Turnbridge Hill Road<br>P.O. Box 635<br>Clinton, IL 61727 | - | | | | Prior to petition date<br>Trade debt | | | | 2,522.59 |
| Account No.<br><br>Nikolay Biliychuk<br>6456 S. Meadowview Avenue<br>Ozark, MO 65721 | - | | | | Prior to petition date<br>Trade debt | | | | 901.50 |
| Account No.<br><br>Nikolay Kondor<br>3894 Blue Springs Road<br>Cleveland, TN 37311 | - | | | | Prior to petition date<br>Trade debt | | | | 2,971.72 |
| Account No.<br><br>Octavian Bors<br>900 E. Piney Branch Drive<br>Virginia Beach, VA 23451 | - | | | | Prior to petition date<br>Trade debt | | | | 2,076.20 |

Sheet no. __15__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

10,224.09

B6F (Official Form 6F) (12/07) - Cont.

In re    T & K Logistics of Illinois Inc.                                          ,    Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Paul Hanson <br> P.O. Box 92 <br> Haviland, OH 45851 | - | | Prior to petition date <br> Trade debt | | | | 100.00 |
| Account No. <br><br> Pavlo Sobchenko <br> 2101 S. Oak Park Avenue <br> #2W <br> Berwyn, IL 60402 | - | | Prior to petition date <br> Trade debt | | | | 3,162.09 |
| Account No. <br><br> Pecas Services, Inc. <br> 10915 35th Place North <br> Plymouth, MN 55441 | - | | Prior to petition date <br> Trade debt | | | | 3,935.30 |
| Account No. <br><br> Peter Stoica <br> 440 Hunter Crest Drive <br> Saline, MI 48176 | - | | Prior to petition date <br> Trade debt | | | | 2,170.81 |
| Account No. <br><br> Petr Todirash Jr. <br> 1557 E. 490th Road <br> Bolivar, MO 65613 | - | | Prior to petition date <br> Trade debt | | | | 35.00 |

Sheet no. __16__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,403.20

B6F (Official Form 6F) (12/07) - Cont.

In re    T & K Logistics of Illinois Inc.                                                                          ,      Case No. _____
                                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Prior to petition date Trade debt | | | | |
| Pro Express LLC 729 Hawthorne Avenue Apt. 1 South Milwaukee, WI 53172 | - | | | | | | | 6,208.28 |
| Account No. | | | | Prior to petition date Trade debt | | | | |
| RLT Enterprise LLC 9729 SW 18th Street Oklahoma City, OK 73128 | - | | | | | | | 1,238.25 |
| Account No. | | | | Prior to petition date Trade debt | | | | |
| Robert Buckley 1961 Winchelsea Court West Atlanta, GA 30338 | - | | | | | | | 7,334.08 |
| Account No. | | | | Prior to petition date Trade debt | | | | |
| Robert Deak 147 W. 230th Street Apt. 4F Bronx, NY 10463 | - | | | | | | | 1,161.00 |
| Account No. | | | | Prior to petition date Trade debt | | | | |
| Robert Smith 1315 Byington Court Crown Point, IN 46307 | - | | | | | | | 2,309.70 |

Sheet no. __17__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

18,251.31

B6F (Official Form 6F) (12/07) - Cont.

In re     T & K Logistics of Illinois Inc.                                    ,          Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>Rodrigo Bonilla<br>401 Milford Church Road<br>Taylors, SC 29687 | - | | | Prior to petition date<br>Trade debt | | | | 1,626.03 |
| Account No.<br><br>Ronald Ross Jr.<br>7770 Woodward Avenue<br>Woodridge, IL 60517 | - | | | Prior to petition date<br>Trade debt | | | | 1,756.88 |
| Account No.<br><br>Rudolf Patkolo<br>46654 Jonathan Circle<br>#654<br>Shelby Township, MI 48317 | - | | | Prior to petition date<br>Trade debt | | | | 150.00 |
| Account No.<br><br>Salar Zangana<br>6263 S. 26th Street<br>Milwaukee, WI 53221 | - | | | Prior to petition date<br>Trade debt | | | | 2,991.45 |
| Account No.<br><br>Serhiy Tkachenko<br>7023 Woodland Drive<br>Apt. 107<br>Eden Prairie, MN 55346 | - | | | Prior to petition date<br>Trade debt | | | | 2,362.75 |

Sheet no. __18__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,887.11

B6F (Official Form 6F) (12/07) - Cont.

In re    T & K Logistics of Illinois Inc. _____ ,    Case No. _____
                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Snap Transportation LLC <br> 250 N. Orange Avenue <br> #1200 <br> Orlando, FL 32801 | | - | Prior to petition date <br> Trade debt | | | | 5,195.16 |
| Account No. <br><br> SprinTransit, Inc. <br> 1105 S. Robert Drive <br> Mount Prospect, IL 60056 | | - | Prior to petition date <br> Trade debt | | | | 314.00 |
| Account No. <br><br> Stephen Wohl <br> 646 N. Paseo Rico <br> Green Valley, AZ 85614 | | - | Prior to petition date <br> Trade debt | | | | 5,618.00 |
| Account No. <br><br> Tadeusz Sowizrat <br> 17528 Larkspur Court <br> Homer Glen, IL 60491 | | - | Prior to petition date <br> Trade debt | | | | 434.85 |
| Account No. 1-000 <br><br> The Hanover Insurance Group <br> PO Box 580045 <br> Charlotte, NC 28258-0045 | X | - | Prior to petition date <br> Trade debt - Insurance Premiums | | | | 8,961.00 |

Sheet no. _19_ of _22_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

20,523.01

B6F (Official Form 6F) (12/07) - Cont.

In re    T & K Logistics of Illinois Inc.                                    ,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Thomas Sullivan<br>P.O. Box 1346<br>Leeds, AL 35094 | - | | Prior to petition date<br>Trade debt | | | | 1,948.35 |
| Account No.<br><br>V.K. Service, Inc.<br>1032 Sanctuary Lane<br>Naperville, IL 60540 | - | | Prior to petition date<br>Trade debt | | | | 4,308.51 |
| Account No.<br><br>Valeri Vlad<br>250 Nicols Drive<br>Suwanee, GA 30024 | - | | Prior to petition date<br>Trade debt | | | | 6,585.56 |
| Account No.<br><br>Vasile Ungureanu<br>3251 N. Marion Avenue<br>Springfield, MO 65803 | - | | Prior to petition date<br>Trade debt | | | | 3,760.13 |
| Account No.<br><br>Venus Martinez<br>25142 Declaration Drive<br>Plainfield, IL 60544 | - | | Prior to petition date<br>Trade debt | | | | 4,937.80 |

Sheet no. __20__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

21,540.35

B6F (Official Form 6F) (12/07) - Cont.

In re        T & K Logistics of Illinois Inc. _____ ,        Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Viachaslav Kukharchuk<br>41 Brighton 1st Path<br>Apt. 4<br>Brooklyn, NY 11235-7418 | - | | Prior to petition date<br>Trade debt | | | | 11,218.15 |
| Account No.<br><br>Victor Doroshenko<br>1518 100th Street South<br>Tacoma, WA 98444 | - | | Prior to petition date<br>Trade debt | | | | 560.10 |
| Account No.<br><br>Vlad Popescu<br>2313 Avenue Y<br>Brooklyn, NY 11235 | - | | Prior to petition date<br>Trade debt | | | | 258.30 |
| Account No.<br><br>Vladislav Kalitka<br>c/o Storto, Finn & Rosinski<br>100 West Green Street<br>Bensenville, IL 60106 | - | | Prior to petition date<br>Trade debt | | X | X | Unknown |
| Account No.<br><br>William Cain<br>1014 Reynolds Street<br>Napoleon, OH 43545 | - | | Prior to petition date<br>Trade debt | | | | 2,397.97 |

Sheet no. _21_ of _22_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        14,434.52

B6F (Official Form 6F) (12/07) - Cont.

In re    T & K Logistics of Illinois Inc.                                        ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Prior to petition date Trade debt | | | | |
| Yevgeniy Davydyuk 7521 24th Street Rio Linda, CA 95673 | | - | | | | | | |
| | | | | | | | | 2,023.43 |
| Account No. | | | | Prior to petition date Trade debt | | | | |
| Yuriy Havrylovych 5930 Bridge Garden Road Knoxville, TN 37912 | | - | | | | | | |
| | | | | | | | | 727.05 |
| Account No. | | | | Prior to petition date Trade debt | | | | |
| Zoltan Fekete 610 Stations Drive Woodstock, GA 30188 | | - | | | | | | |
| | | | | | | | | 2,434.30 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __22__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 5,184.78 |
| Total (Report on Summary of Schedules) | | 396,586.49 |

B6G (Official Form 6G) (12/07)

In re      T & K Logistics of Illinois Inc.                                    ,      Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature
of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and
complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts,
state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not
disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Cherry Creek Commons<br>11520 Francis Road<br>Mokena, IL 60448 | Non-residential real property lease<br>2611 & 2615 E. Cass Avenue, Joliet, Illinois 60432<br>Term:  July 1, 2013 through June 30, 2014<br>Rent:  $1,200.00 per month |

0
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6H (Official Form 6H) (12/07)

In re     T & K Logistics of Illinois Inc.                                              ,     Case No. _____
                                         Debtor

# SCHEDULE H - CODEBTORS

      Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed
by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state,
commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or
Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of
any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used
by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor,
state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not
disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).
☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Michelle Haljean<br>1900 Hampton Court<br>Plainfield, IL 60586 | BMO Harris Bank N.A.<br>BLST - P.O. Box 2880<br>Chicago, IL 60690 |
| Peter Haljean<br>1900 Hampton Court<br>Plainfield, IL 60586 | BMO Harris Bank N.A.<br>BLST - P.O. Box 2880<br>Chicago, IL 60690 |
| T & K Nationwide Trucking, Inc.<br>540 East Illinois Highway<br>New Lenox, IL 60451 | The Hanover Insurance Group<br>PO Box 580045<br>Charlotte, NC 28258-0045 |
| T & K Nationwide Trucking, Inc.<br>540 East Illinois Highway<br>New Lenox, IL 60451 | BMO Harris Bank N.A.<br>BLST - P.O. Box 2880<br>Chicago, IL 60690 |

0
_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    T & K Logistics of Illinois Inc.                                    Case No.

                                            Debtor(s)        Chapter     7

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___34___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   November  1, 2013                    Signature     /s/ Peter Haljean
                                                          Peter Haljean
                                                          President

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
### Northern District of Illinois

In re    T & K Logistics of Illinois Inc.                                          Case No.
                                              Debtor(s)              Chapter        7

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $1,017.00 | 2011: Debtor Business Income |
| $-315,823.00 | 2012: Debtor Business Income |

---

### 2. Income other than from employment or operation of business

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                            SOURCE

B7 (Official Form 7) (04/13)
2

---

### 3. Payments to creditors

**None** ■  *Complete a. or b., as appropriate, and c.*

a. *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**None** ■  b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

**None** ■  c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

### 4. Suits and administrative proceedings, executions, garnishments and attachments

**None** ☐  a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| BMO Harris Bank N.A. v. T & K Nationwide Trucking, Inc., T & K Logistics of Illinois Inc., Michelle M. Haljean and Peter M. Haljean Case No. 2013-L-009927 | Breach of contract | In the Circuit Court of Cook County, Illinois County Department, Law Division | Complaint filed September 4, 2013 |
| Vladislav Klaitka v. T & K Logistics of Illinois, Inc. d/b/a T&K Nationwide Trucking, Inc. Case No. 2013 SC 003510 | Breach of contract | In the Circuit Court of the Eighteenth Judicial Circuit DuPage County, Wheaton, Illinois | Complaint filed July 30, 2013; motion for default judgment and prove-up set for October 21, 2013. |
| BMO Harris Bank N.A. v. T & K Nationwide Trucking, Inc. and T & K Logistics of Illinois, Inc. Case No. 13 L 0727 | Replevin | In the Circuit Court of the Twelfth Judicial Circuit Will County, Illinois | Complaint filed September 9, 2013 |

---

*  *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Comdata Network Inc. v. T & Logistics of Illinois Inc. Case No. 2013 L 011749 | Breach of contract | Circuit Court of Cook County, Illinois County Department, Law Division Chicago, Illinois | Complaint filed October 24, 2013 |

**None** ■  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

**None** ■  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

**None** ■  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

**None** ■  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

**None** ■  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

**None** ■  List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

B7 (Official Form 7) (04/13)
4

## 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Scalambrino & Arnoff, LLP One North LaSalle Street Suite 1600 Chicago, IL 60602 | September, 2013 Paid by debtor and Michelle Haljean | $2,806.00 includes filing fee ($2,800.00 paid by debtor, $6.00 paid by Michelle Haljean) |

## 10. Other transfers

None ☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Don Davis 1712 Avenue C Sterling, IL 61081 | | 2005 GMC Savana Cutaway commercial truck Sold for $500.00. |

None

None ■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

## 11. Closed financial accounts

None ■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

## 12. Safe deposit boxes

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

B7 (Official Form 7) (04/13)

5

**13. Setoffs**

None ■   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.  Property held for another person**

None ■   List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15.  Prior address of debtor**

None ■   If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16.  Spouses and Former Spouses**

None ■   If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■   a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

B7 (Official Form 7) (04/13)
6

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None ■  a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None ■  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None ■  a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|

None ■  b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None ■  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None ■  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

B7 (Official Form 7) (04/13)
7

**20. Inventories**

None
■
a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None
■
b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

**21 . Current Partners, Officers, Directors and Shareholders**

None
■
a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
☐
b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Peter Haljean 1900 Hampton Court Plainfield, IL 60586 | President | None |
| Michelle Haljean 1900 Hampton Court Plainfield, IL 60586 | | Sole shareholder |

**22 . Former partners, officers, directors and shareholders**

None
■
a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■
b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■
If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)

8

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated
group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement
of the case.

NAME OF PARENT CORPORATION                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an
employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                          TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto
and that they are true and correct to the best of my knowledge, information and belief.

Date  November 1, 2013                              Signature    /s/ Peter Haljean

                                                                 Peter Haljean
                                                                 President

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Northern District of Illinois

In re   T & K Logistics of Illinois Inc.

Debtor(s)

Case No.

Chapter   7

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 0.00 |
| Prior to the filing of this statement I have received | $ | 0.00 |
| Balance Due | $ | 0.00 |

2.  The source of the compensation paid to me was:

   ■ Debtor        ☐ Other (specify):

3.  The source of compensation to be paid to me is:

   ■ Debtor        ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   November 1, 2013

/s/ Bruce C. Scalambrino
Bruce C. Scalambrino
Scalambrino & Arnoff, LLP
One North LaSalle Street
Suite 1600
Chicago, IL 60602
312-629-0545  Fax: 312-629-0550
bcs@sacounsel.com

---



THE LAW FIRM OF
# SCALAMBRINO & ARNOFF, LLP

ONE NORTH LASALLE STREET · SUITE 1600 · CHICAGO, ILLINOIS 60602
TELEPHONE (312) 629-0545            FACSIMILE (312) 629-0550
www.sacounsel.com

BRUCE C. SCALAMBRINO
Direct Dial (312) 629-0547
bcs@sacounsel.com

August 7, 2013

**SENT VIA E-MAIL CORRESPONDENCE**

Mr. Peter Haljean
T & K Logistics of Illinois Inc.
2611 East Cass Street
Joliet, Illinois 60432

### Re: <u>Retention of Scalambrino & Arnoff, LLP</u>

Dear Peter:

It is Scalambrino & Arnoff, LLP's ("S&A") standard practice to have all clients execute a retention agreement. This ensures that both the client and our law firm understand the scope of the other's obligations to one another. This letter thus serves as confirmation of the engagement of S&A as T & K Logistics of Illinois Inc.'s ("T & K") attorneys and the basis of our representation.

## <u>SCOPE OF REPRESENTATION</u>

S&A shall represent T & K in all matters pertaining to the filing of a Chapter 7 bankruptcy petition in the United States Bankruptcy Court for the Northern District of Illinois. S&A's services shall consist of the following:   i) providing legal advice with respect to T & K's rights, duties and obligations as a debtor in a Chapter 7 proceeding; ii) assisting in the preparation of all of the paperwork necessary to file a Chapter 7 proceeding including, but not limited to, the petition, schedules and statement of financial affairs;  iii) representing the company at the first meeting of creditors with the Chapter 7 Trustee;  and iv)  handling such other legal obligations and responsibilities of T & K in the course of the Chapter 7 proceeding.   The attorneys who will assume primary responsibility for handling this matter and their respective hourly rates are:  Bruce C. Scalambrino, $420.00 per hour and Christopher L. Muniz, $300.00 per hour.

Unless otherwise agreed to, in writing, we only represent T & K, and we do not undertake the representation of any related or affiliated person or entity, nor any parent or brother-sister entity, or T & K's officers, directors, board members, agents or employees.

Mr. Peter Haljean                                                    August 7, 2013
                                                                     Page 2

## RETAINER PAYMENT

In order to undertake the representation described above, S&A requires the payment of a retainer in the sum of $2,500.00, as well as the filing fee in the sum of $306.00, for a total due of $2,806.00. Your check should be made payable to "Scalambrino & Arnoff, LLP." This amount will be the only amount we will charge for handling this matter if you file under Chapter 7 of the Bankruptcy Code, unless you retain us to handle any matter not the subject of this retention agreement.

## TAX ADVICE

S&A does not and will not provide advice regarding the tax ramifications of the strategies employed in the handling of your case. We strongly urge you to retain tax counsel or tax accountants in conjunction with our retention in this matter.

## NO GUARANTEE OF SUCCESS

It is impossible to predict the result or outcome of any professional engagement. Thus, it is impossible to provide any promise or guarantee about the outcome of this matter. Nothing in this agreement and nor any statement made by any attorneys or staff constitutes a promise or guarantee of any outcome. Any comments about the outcome of your matter are simply expressions of judgment and are not binding on us.

## FILE RETENTION & DESTRUCTION

The files of the firm, including lawyer work product, pertaining to the matter will be retained by the firm for a period of seven (7) years after the end of our engagement. These materials will generally be kept in an electronic format only and will be destroyed, after reasonable notice to you, at the end of the seven (7) year period. Thus, you must keep your contact information with the firm current during this time. If you do not keep your address current during the seven (7) year period of time and our notification letter is returned, we have the right to destroy your file without your consent.

## WITHDRAWAL FROM REPRESENTATION

This retention may be terminated by either you or S&A at any time by written notice. We normally do not terminate our representation of a client unless the client misrepresents or fails to disclose material facts, makes it unethical or unreasonably difficult for us to continue to represent the client, fails to cooperate, fails to pay our outstanding fee statements or unless other cause exists. Upon termination of our active involvement in this matter, S&A will have no duty to inform you of further developments or changes in the law which may be relevant to such matter in which our representation has terminated. Furthermore, S&A will have no obligation to

Mr. Peter Haljean                                                                August 7, 2013
                                                                                          Page 3

monitor renewal or notice dates or similar deadlines which may arise from the matter for which
we had been engaged.

        If we are terminated prior to the actual filing of the bankruptcy petition, we shall refund
to you a portion of the retainer paid to us, including the filing fee. We shall be entitled to deduct
from this amount our attorneys' fees and costs incurred based upon the time we have spent work-
ing on this matter. This time shall be billed at our normal and customary hourly rates in exist-
ence at that time.

## INFORMATION FROM YOU

        S&A cannot independently verify the truth and accuracy of all of the information sup-
plied by you in our handling of your matter. By transmitting such information to S&A you
acknowledge and agree that it is truthful and accurate to the best of your knowledge, information
and belief. In addition, you understand that S&A will rely on you or your designee to review for
correctness all pleadings, papers, and other communications drafted by S&A that will or could be
submitted to courts, regulatory authorities or other third parties.

## E-MAIL COMMUNICATIONS & ELECTRONIC SIGNATURES

        S&A recognizes that office technology is evolving and electronic communications cannot
be fully protected from unauthorized interception. Furthermore, human error or electronic virus-
es may at times result in electronic communications being misdirected. Nonetheless, you author-
ize S&A to transmit information, including confidential information, by e-mail or other
electronic transmission. Signatures in electronic form by e-mail, facsimile or other electronic
means shall be treated in all manner and respects as an original signature, including but not lim-
ited to your execution of this retention agreement.

## ENTIRE AGREEMENT & CHOICE OF LAW

        This agreement sets forth the entire agreement of the parties and supersedes any and all
other agreements, oral or written, with respect to the subject matter hereof. Any modification of
this agreement will be effective only if it is in a writing signed by all parties. This agreement
shall, in all respects, be interpreted, enforced and governed by the laws of the State of Illinois.

        We encourage your comments, questions or suggestions, all of which enable us to serve
you more efficiently and to enhance our working relationship. We are pleased to have this op-
portunity to represent you, and will use our best endeavors to bring this matter to a prompt and
satisfactory conclusion.

        As with any contract, we urge you to seek independent counsel before entering into this
retention agreement.

Mr. Peter Haljean                                                    August 7, 2013
                                                                    Page 4

     If the arrangement set forth in this agreement is acceptable to you, please return a signed copy of this letter to me. Your signature shall indicate your understanding and agreement to the terms set forth herein.


                                 Sincerely yours,

                                 SCALAMBRINO & ARNOFF, LLP

                                 By: _____
                                  Bruce C. Scalambrino


APPROVED and ACCEPTED this
____ day of August, 2013


T & K Logistics of Illinois Inc.


By: _____
    An authorized officer

# United States Bankruptcy Court
## Northern District of Illinois

In re   T & K Logistics of Illinois Inc. _____      Case No. _____

                                               Debtor(s)      Chapter    7 _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ 121

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   November  1, 2013 _____      /s/ Peter Haljean _____

                                               Peter Haljean/President
                                               Signer/Title

A&N Transport LLC
2846 Darlington Pointe
Duluth, GA 30097-4318


AAA Express
P.O. Box 692
West Springfield, MA 01090


ACS Services
7932 W. 93rd Street
Apt. 3F
Hickory Hills, IL 60457


AG Expedition Corp.
8350 West 85th Street
Hickory Hills, IL 60457


Aleksandr Kotok
703 Hall Road
Easley, SC 29642


Alexander Coscius
1057 Duval Street
Lexington, KY 40515


Amanda Salazar
2235 South 58th Court
Cicero, IL 60804


Anatonily Vecherkovych
42 Patrick Mill Road
Winder, GA 30680-2074


Andrei Ivanov
109 N. Yale Avenue
Villa Park, IL 60181


Andrew Bosworth
331 S. Lincoln Street
Portland, MI 48875


Andrey Pidkalyuk
2083 Autumn Leaves Circle
Green Bay, WI 54313

Andriy Pogorelov
407 S. Dexter Avenue
Springfield, MO 65802


Aron Filimon
50068 Basil Drive
Macomb, MI 48044


AT&T
P.O. Box 8100
Aurora, IL 60507-8100


ATI Logistics
27490 Spring Valley Drive
Farmington, MI 48336


Barry Johnson
P.O. Box 3594
Evansville, IN 47734


BMO Harris Bank N.A.
BLST - P.O. Box 2880
Chicago, IL 60690


Bull Dog Leasing
P.O. Box 361242
Strongsville, OH 44136


Carwin Enterprises
27 Delatre Street
Woodstock ON N4S 6B6


Charles Casler
11300 Wexford Drive
Mokena, IL 60448


Charles Jacobs
2441 Harriet Avenue
Baltimore, MD 21230


Charles Spivey
1072 State Road
#67
Martinsville, IN 46151

Cherry Creek Commons
11520 Francis Road
Mokena, IL 60448


Comdata Network, Inc.
c/o Law Offices of Brian J. Ferber
5611 Fallbrook Avenue
Woodland Hills, CA 91367


Constantie Fatu
22964 South Lake Drive
Foley, AL 36535


Constantin Ninov
390 Woodside Court
Apt. #3
Rochester, MI 48307


Danuta Barej
7420 Maple Drive
Justice, IL 60458


Dariusz Bosek
1811 Marigold Lane
Hanover Park, IL 60133


David Boehm
P.O. Box 101
Bluffton, OH 45817


David Lindsay
4813 Ridge Road 33-111
Douglasville, GA 30134


David Sabadash
1059 Duval Street
Lexington, KY 40515


Douglas Vaughn
199 Greenfield Road
Hiram, GA 30141

Express Expedited Srvcs LLC
1623 Mack Smith Road
#40
Rossville, GA 30741


First Chicago Fast Line
8626 W. Berwyn Avenue
Unit 3S
Chicago, IL 60656


First Insurance Funding Corp.
450 Skokie Boulevard
Suite 1000
Northbrook, IL 60062


First Insurance Funding Corp.
P.O. Box 66468
Chicago, IL 60666-0468


Frank DeRango
27445 Longtree Court
Channahon, IL 60410


Gelu Belea
8114 S. Keating Avenue
Chicago, IL 60652


Gheorghe Lazarian
3504 Ivy Crest Way
Buford, GA 30519


Gojko Vidovic
6958 W. Higgins Avenue
Apt. 1
Chicago, IL 60656


Gregory Duck
6009 E. Lancaster
#120
Fort Worth, TX 76112


Grzegorz Bak
7700 W. 91st Street
Hickory Hills, IL 60457

Hallberg Commerical Insurors, Inc.
120 W. 22nd Street
Suite 200
Oak Brook, IL 60523


Harry Byers
1608 Mason King
San Antonio, TX 78260


Hogue Trucking
14 Melton Avenue
Rome, GA 30165


Igor Utkin
1314 Gran Court
Apt. D
Roswell, GA 30076


Ilia Tchoudin
427 Aristocrat Drive
Bolingbrook, IL 60490


Ilie Ciochia
4645 Bullock Bridge Drive
Loganville, GA 30052


Illia Herman
1087 Yellow River Drive
Lawrenceville, GA 30043


Illinois Department of Revenue
Bankruptcy Section
Level 7-425 100 West Randolph Stree
Chicago, IL 60606


Illinois Dept. of Employment Securi
Bankruptcy Unit
3rd Floor 401 South State Street
Chicago, IL 60605


Internal Revenue Service
230 South Dearborn St.
Mail Stop 5010 CHI
Chicago, IL 60604

Interstate Contract Services
625 Sheridan Street
Albert Lea, MN 56007


Interstate Express LLC
7851 Old Morrow Road
Jonesboro, GA 30236


Ivan Fratea
3715 Mermaid Avenue
Apt. 1B
Brooklyn, NY 11224


Ivan German
2214 Shoal Creek Road
Buford, GA 30518


Ivan Havrylovych
3709 Buffat Mill Road
Knoxville, TN 37914


J&J Antique Sales
13423 County Road 27
Fayette, OH 43521


Janis Hicks
1016 Warrington Avenue
Danville, IL 61832


Jerry Baker
38 Baker Lane
Camden, TN 38320


Jhon Hidalgo
2211 Hudson Road
Apt. 416
Greer, SC 29650


John Greene
P.O. Box 95
Madison, OH 44057


Julian Georgiev
4814 Image Way
Sacramento, CA 95842

JVDOGG Trucking, LLC
P.O. Box 1402
Ridgeland, SC 29936


Kaleb Teferi
3100 Sweetwater Road
Apt. 2307
Lawrenceville, GA 30044


Karoly Dudas
4148 Main Street
Skokie, IL 60076


Keith Mahlum
256 S. Harrison Street
Mondovi, WI 54755


Keith Shpakoff
173 A.C.T.
New Kensington, PA 15068


Kelan Rozanski
36723 Audrey Road
New Baltimore, MI 48047


Kenneth Horvath
100-18 Brittini Lane
Lenoir City, TN 37771


Kenson Ilderice
5537 Mansfield Place
Jacksonville, FL 32207


Kevin Alton
7551 Senator Road
Sheridan, MI 48884


Kurt Spinner
9460 Valley Road NW
Rapid City, MI 49676


Liquid Capital Exchange
19-16th Avenue N.
Hopkins, MN 55343

Lucian Pricop
2389 White Alder Drive
Buford, GA 30519-4646


Marcos Padillia
7516 Boxwood Lane
Plainfield, IL 60586


Mareewan Badraddin
4546 S. 23rd Street
#5
Milwaukee, WI 53221


Marius Bihorean
1430 Ridge Road
Lawrenceville, GA 30043


Mark Yates
417 Homeplace Drive
Stockbridge, GA 30281


Martha Stanelle
242 Stanelle Road
Russell Springs, KY 42642


Melvin Dellinger
4872 Turnbridge Hill Road
P.O. Box 635
Clinton, IL 61727


Michelle Haljean
1900 Hampton Court
Plainfield, IL 60586


Nikolay Biliychuk
6456 S. Meadowview Avenue
Ozark, MO 65721


Nikolay Kondor
3894 Blue Springs Road
Cleveland, TN 37311


Octavian Bors
900 E. Piney Branch Drive
Virginia Beach, VA 23451

Paul Hanson
P.O. Box 92
Haviland, OH 45851


Pavlo Sobchenko
2101 S. Oak Park Avenue
#2W
Berwyn, IL 60402


Pecas Services, Inc.
10915 35th Place North
Plymouth, MN 55441


Peter Haljean
1900 Hampton Court
Plainfield, IL 60586


Peter Stoica
440 Hunter Crest Drive
Saline, MI 48176


Petr Todirash Jr.
1557 E. 490th Road
Bolivar, MO 65613


Pro Express LLC
729 Hawthorne Avenue
Apt. 1
South Milwaukee, WI 53172


RLT Enterprise LLC
9729 SW 18th Street
Oklahoma City, OK 73128


Robert Buckley
1961 Winchelsea Court West
Atlanta, GA 30338


Robert Deak
147 W. 230th Street
Apt. 4F
Bronx, NY 10463

Robert Smith
1315 Byington Court
Crown Point, IN 46307


Rodrigo Bonilla
401 Milford Church Road
Taylors, SC 29687


Ronald Ross Jr.
7770 Woodward Avenue
Woodridge, IL 60517


Rudolf Patkolo
46654 Jonathan Circle
#654
Shelby Township, MI 48317


Salar Zangana
6263 S. 26th Street
Milwaukee, WI 53221


Serhiy Tkachenko
7023 Woodland Drive
Apt. 107
Eden Prairie, MN 55346


Snap Transportation LLC
250 N. Orange Avenue
#1200
Orlando, FL 32801


SprinTransit, Inc.
1105 S. Robert Drive
Mount Prospect, IL 60056


Stephen Wohl
646 N. Paseo Rico
Green Valley, AZ 85614


T & K Nationwide Trucking, Inc.
540 East Illinois Highway
New Lenox, IL 60451

Tadeusz Sowizrat
17528 Larkspur Court
Homer Glen, IL 60491


Teller Levit & Silvertrust, P.C.
19 South LaSalle Street
Suite 701
Chicago, IL 60603


The Hanover Insurance Group
PO Box 580045
Charlotte, NC 28258-0045


Thomas Sullivan
P.O. Box 1346
Leeds, AL 35094


V.K. Service, Inc.
1032 Sanctuary Lane
Naperville, IL 60540


Valeri Vlad
250 Nicols Drive
Suwanee, GA 30024


Vasile Ungureanu
3251 N. Marion Avenue
Springfield, MO 65803


Venus Martinez
25142 Declaration Drive
Plainfield, IL 60544


Viachaslav Kukharchuk
41 Brighton 1st Path
Apt. 4
Brooklyn, NY 11235-7418


Victor Doroshenko
1518 100th Street South
Tacoma, WA 98444


Vlad Popescu
2313 Avenue Y
Brooklyn, NY 11235

Vladislav Kalitka
c/o Storto, Finn & Rosinski
100 West Green Street
Bensenville, IL 60106


William Cain
1014 Reynolds Street
Napoleon, OH 43545


Yevgeniy Davydyuk
7521 24th Street
Rio Linda, CA 95673


Yuriy Havrylovych
5930 Bridge Garden Road
Knoxville, TN 37912


Zoltan Fekete
610 Stations Drive
Woodstock, GA 30188

# United States Bankruptcy Court
## Northern District of Illinois

In re    T & K Logistics of Illinois Inc.            Case No. _____
                              Debtor(s)         Chapter    7

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    T & K Logistics of Illinois Inc.    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

November  1, 2013
Date

/s/ Bruce C. Scalambrino
Bruce C. Scalambrino
Signature of Attorney or Litigant
Counsel for    T & K Logistics of Illinois Inc.
Scalambrino & Arnoff, LLP
One North LaSalle Street
Suite 1600
Chicago, IL 60602
312-629-0545 Fax:312-629-0550
bcs@sacounsel.com